```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                      AT ROANOKE, VA
                                                           FILED

                                                      DEC 0 6 2006
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA              JOHN F. CORCORAN, CLERK
          ROANOKE DIVISION                        BY:
                                                       DEPUTY CLERK
```

| | |
|---|---|
| MICHAEL E. WOMACK, ) | |
| Plaintiff, ) | Civil Action No. 7:06-cv-00710 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| CHARLES KOBER, et. al., ) | By: Hon. James C. Turk |
| Defendants. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and 28 U.S.C. § 1367( c), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 6th day of December, 2006.

_____
Senior United States District Judge

Dockets.Justia.com